UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3RD day of March, two thousand and fifteen,

_____

Alexander Lora,

        Petitioner - Appellee,

v.

Christopher Shanahan, In his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement, Diane McConnell, In her official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement, Thomas S. Winkowski, In his official capacity as Principal Deputy Assistant Director of U.S. Immigration and Customs Enforcement, Jeh Charles Johnson, In his official capacity as Secretary of the U.S. Department of Homeland Security, Eric H. Holder, Jr., In his official capacity as the Attorney General of the United States, United States Department of Homeland Security,

        Respondents - Appellants.

_____

ORDER
Docket No. 14-2343

        IT IS HEREBY ORDERED that Appellees' motion for permission to have a law student to argue is GRANTED.

        For The Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court

